UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND


CAROLYN. PATTON

     Plaintiff,

V.                                   CIVIL ACTION NO.
                                     CCB-10-11545


GLOBAL CREDIT & COLLECTION
CORPORATION

     Defendant.                  OCTOBER 20, 2010

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in

the above-entitled action shall be dismissed **<u>without</u>** prejudice and without costs,

subject to approval of the Court.


                                THE PLAINTIFF

                                BY/<u>S/Bernard T. Kennedy</u>
                                Bernard T. Kennedy, Esquire
                                The Kennedy Law Firm
                                P.O. Box 657
                                Edgewater, MD 21037
                                Ph  (443) 607-8901
                                Fax (443) 607-8903
                                Fed. Bar # Md26843
                                bernardtkennedy@yahoo.com

<u>*CERTIFICATION*</u>

I hereby certify that on 10/20/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY<u>/S/Bernard T. Kennedy</u>